UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STEPHANIE LOUISE YOUNG, | ) | |
| | ) | Chapter 13 |
| | ) | Case No. 06-91121 |
| Debtor. | ) | |
| | ) | |
| STEPHANIE YOUNG, | ) | Adv. No. 13-09041 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| OCWEN LOAN SERVICING, LLC, | ) | |
| WELLS FARGO BANK, N. A., AS TRUSTEE FOR | ) | |
| OPTION ONE MORTGAGE LOAN TRUST 1999-A, | ) | |
| ASSET BACK CERTIFICATES, SERIES 1999-A, | ) | |
| | ) | |
| Defendants, | ) | |

**1st AMENDED COMPLAINT TO ENFORCE DISCHARGE INJUNCTION**
**COUNT I – ADDITIOANL FEES**

Now comes Debtor, STEPHANIE LOUISE YOUNG, by and through her attorney, KEN GANO, of Ken Gano, attorney, and for her complaint against OCWEN LOAN SERVINING, LLC and WELLS FARGO BANK, N. A., AS TRUSTEE FOR, OPTION ONE MORTGAGE LOAN TRUST 1999-A, ASSET BACK CERTIFICATES, SERIES 1999-A, states as follows:

1. This Honorable Court has jurisdiction over this proceeding pursuant to the provisions of 28 U.S.C. § 157 and 28 U.S.C. § 1334.

2. This complaint is a civil action based upon 11 U.S.C. § 524 and further constitutes a "core proceeding" within the meaning and as defined by 28 U.S.C. § 157. Further, should this Court determine that this case is not a

core proceeding within the meaning of this section of the United States Code, Plaintiff agrees to have this Court hear this case.

3. As provided pursuant to Bankruptcy Rule 7001, this proceeding is an adversarial proceeding. Accordingly, the litigation defined by this Complaint is properly governed by the Bankruptcy Rules encompassed in part VII of the Rules of Bankruptcy Procedure.

4. Plaintiff, STEPHANIE LOUISE YOUNG filed for bankruptcy protection under Chapter 13 in the Central District of Illinois on October 28, 2006. *A copy of the notice of bankruptcy was attached to the original Complaint and incorporated therein as Exhibit A*.

5. Plaintiff listed Defendant WELLS FARGO BANK, N. A. as a creditor with a secured claim. Defendant received a copy of the notice of bankruptcy. *A copy of the service list was attached to the original Complaint and incorporated therein as Exhibit B*.

6. Defendant WELLS FARGO BANK, N. A. was a creditor with a claim arising out of the extension of credit to Plaintiff STEPANIE LOUISE YOUNG. Specifically, Defendant was plaintiff's mortgage lender. *A copy of the creditor's Proof of Claim as to the original mortgage was attached to the original Complaint and incorporated therein as Exhibit C*

*and attached an itemization of this claim which is attached hereto as Exhibit D. In addition WELLS FARGO BANK, N.A. filed in this cause three (3) additional Proof of Claim(s) for additional attorneys fees. Those additional Proof of Claim(s)was attached to the original Complaint and incorporated therein as Exhibits E, F and G, respectively.*

7. OCWEN LOAN SERVICING, LLC., is a mortgage serving company presently providing servicing for this mortgage.

8. On April 20, 2011 the plaintiff herein STEPHANIE LOUISE YOUNG filed with this Honorable Court an adversary proceeding entitled Stephanie Louise Young v. American Home Mortgage Servicing, Inc. as successor to Option One/Wells Fargo Bank, N. A. and American Home Mortgage Servicing and bearing number 11-09038. This adversary sought a Declaratory Judgment finding all sums due to Option One / Wells Fargo had been paid to a date certain.

9. On May 31, 2011 this Honorable Court entered an Agreed Order finding this mortgage current to December 31, 2010. *A copy of that Order was attached to the original Complaint and incorporated therein as Exhibit H.*

9. On August 19, 2011, Plaintiff STEPHANIE LOUISE YOUNG received a discharge in bankruptcy. *A copy of the Discharge was attached to the*

*original Complaint and incorporated therein as Exhibit I.*

8. On or about August 12, 2010, the Bankruptcy Noticing Center mailed a copy of the Discharge of Debtor to Defendants WELLS FARGO, by their then services provider OPTION ONE and their attorneys PIERCE AND ASSOCIATES. *A copy of the service list was attached to the original Complaint and incorporated therein as Exhibit J.*

9. On August 22, 2011 WELLS FARGO filed, with the Honorable Circuit Court of the Fifth Judicial Circuit of Illinois, Coles County, Illinois a Complaint to Foreclose Mortgage, (hereinafter "Foreclosure Complaint") entitled *Wells Fargo Bank, N. A., as Trustee for Option One Mortgage Loan Trust 1999-A, Asset-Backed Certificates, Series 1999-A vs. Stephanie L. Young, a/k/a Stephanie L. Brumfield, Rodney E. Young, Jackson Oil of Mattoon, Inc., Cavalry Investments,, LLC, Capital One Bank, Unknown Tenants, Unknown Owners and Non-Record Claimants, 2011 CH 78. A copy of the foreclosure complaint was attached to the original Complaint and incorporated therein as Exhibit K.*

10. Plaintiff herein, on September 1, 2011 answered the Foreclosure Complaint filed in state Court denying default under the terms of the note and mortgage and asserting affirmative defenses including that the previous ruling in the bankruptcy adversary as *res judicata* on the issue of

the amounts due. *A copy of that State Court Answer with Affirmative Matters was attached to the original Complaint and incorporated therein as Exhibit L.*

11. On April 2, 2012 the Honorable Judge Mitchell K. Shick, a Circuit Judge of the Fifth Judicial Circuit of Illinois, sitting in Coles County, Illinois entered an Order dismissing Wells Fargo's Foreclosure Complaint, finding the sum of $47,797.31 due to February 1, 2012 and entering a money judgment against Wells Fargo and in favor of the plaintiff herein attorney for attorney's fees'. *A copy of that Order was attached to the original Complaint and incorporated therein as Exhibit M.*

12. On or about September 26, 2013 plaintiff STEPHANIE YOUNG called defendant OCWEN LOAN SERVICING, LLC and requested a payoff quote. By letter dated October 1, 2013 defendant OCWEN LOAN SERVICING, LLC informed plaintiff STEPHANIE YOUNG that the total payoff was $48,668.98. This amount consisted of $45,450.88 principal, $779.14 interest, $59.00 satisfaction cost, $22.34 adjustment and $2,357.62 litigation. *A copy of that payoff quote was attached to the original Complaint and incorporated therein as Exhibit N.*

13. Despite having notice of the bankruptcy, the discharge of the indebtedness, the entry by this Honorable Court of an Order finding all

sums due prior to December 31, 2010 had been paid, the entry of an Order by the Honorable Circuit Court of the Fifth Judicial Circuit of Illinois finding all sums due to February 1, 2012 had been paid, the defendant WELLS FARGO BANK, N. A. though their mortgage servicer, OCWEN LOAN SERVICING, LLC., is attempting to collect litigation expenses and an "adjustment fee" all of which have either previously been paid by way of defendant's Proof of Claims for attorney's fees' or previously litigated and determined or compromised.

14. Defendant WELLS FARGO BANK, N. A. through its agent and loan servicer OCWEN LOAN SERVICING, LLC has violated the discharge injunction when they attempted to collect sums previously paid or otherwise determined.

15. Defendants WELLS FARGO BANK, N. A. and OCWEN LOAN SERVICING, LLC acted knowingly and willfully.

16. The conduct of the defendants in this case has substantially frustrated the discharge order entered in this case and has caused the plaintiff unwarranted and unnecessary time, effort and expense in seeking to enforce the rights guaranteed by the Bankruptcy Code.

17. As a result of the above violation of 11 U. S. C. § 524 the defendants are

liable to the plaintiff for actual damages, punitive damages and legal fees under Section 105 of Title 11 of the United States Code.

18. In order to protect the debtor who has completed her Chapter 13 plan and secured a full discharge there under, this Honorable Court should impose sanctions against the Defendants for their misconduct in this case.

19. As a result of Defendant's conduct, Plaintiff STEPHANIE LOUISE YOUNG suffered actual damages and incurred additional attorney's fees and costs.

Wherefore, Plaintiff STEPHANIE LOUISE YOUNG prays that this Honorable Court enter judgment in favor of Plaintiff and against Defendants WELLS FARGO BANK, N. A. and OCWEN LOAN SERVICING, LLC and award the Plaintiff the following relief: (a) actual and punitive damages of $10,000.00; (b) reimbursement of attorney's fees and costs; (c) Punitive damages in an amount determined by this Honorable Court to be appropriate, (d) a declaration as to the proper amount due under this mortgage and (e) all other relief deemed just and reasonable by this Court.

## 1st AMENDED COMPLAINT TO ENFORCE DISCHARGE INJUNCTION
## COUNT II – INSURANCE PROCEEDS

Now comes Debtor, STEPHANIE LOUISE YOUNG, by and through her attorney, KEN GANO, of Ken Gano, attorney, and for her complaint against OCWEN

LOAN SERVINING, LLC and WELLS FARGO BANK, N. A., AS TRUSTEE FOR, OPTION ONE MORTGAGE LOAN TRUST 1999-A, ASSET BACK CERTIFICATES, SERIES 1999-A, states as follows:

20. – 31. Plaintiff reasserts and re-alleges the allegations of paragraphs 1 through 11 as paragraphs 20 through 31 of this Count II.

32. During the month of July, 2013 plaintiff suffered a causality loss to the real property owned by her and her spouse, to wit, a fire.

33. In August, 2013 plaintiff received a check from her property insurance carrier, in the sum of $65,849.32, made payable to the plaintiff, her spouse and the defendant OCWEN LOAN SERVICING, LLC.

34. In August, 2013 plaintiff and her spouse endorsed the check from her insurance carrier and forwarded that check to defendant OCWEN LOAN SERVICING, LLC, along with return postage and requested that OCWEN LOAN SERVICING endorse that check and return it to them so they might pay various contractors for repair work on the property.

35. On or slightly before September 9, 2013 OCWEN LOAN SERVICING, LLC negotiated this check and deposited it in a "suspense" account held by the defendant OCWEN LOAN SERVICING, LLC. *A copy of the Account Statement acknowledging receipt of that check is attached hereto as Exhibit O and incorporated herein by reference.*

36. Plaintiff has made numerous demands, both oral and written for return of those proceeds, all without result.

37. Plaintiff needs those funds in order to repair the premises.

38. OCWEN LOAN SERVICING, LLC is attempting to collect the full amount of the mortgage, including the additional fees alleged in Count I. Any such attempt is would be a violation of the discharge injunction.

39. Defendant OCWEN LOAN SERVICING, LLC acted knowingly and willfully.

40. The conduct of the defendant OCWEN LOAN SERVICING, LLC. in this case has substantially frustrated the discharge order entered in this case and has caused the plaintiff unwarranted and unnecessary time, effort and expense in seeking to enforce the rights guaranteed by the Bankruptcy Code.

41. As a result of the above violation of 11 U. S. C. § 524 the defendants are liable to the plaintiff for actual damages, punitive damages and legal fees under Section 105 of Title 11 of the United States Code.

42. In order to protect the debtor who has completed her Chapter 13 plan and

secured a full discharge there under, this Honorable Court should impose sanctions against the Defendant for their misconduct in this case.

43. As a result of Defendant's conduct, Plaintiff STEPHANIE LOUISE YOUNG suffered actual damages and incurred additional attorney's fees and costs.

Wherefore, Plaintiff STEPHANIE LOUISE YOUNG prays that this Honorable Court enter judgment in favor of Plaintiff and against Defendant OCWEN LOAN SERVICING, LLC and award the Plaintiff the following relief: (a) actual and punitive damages of $10,000.00; (b) reimbursement of attorney's fees and costs; (c) Punitive damages in an amount determined by this Honorable Court to be appropriate, (d) a declaration as to the proper amount due under this mortgage (e) for an Order directing the defendant OCWWEN LOAN SERVICING, LLC to remit the sum of $65,849.32 forthwith and (f) all other relief deemed just and reasonable by this Court.

STEPHANIE LOUISE YOUNG, Plaintiff

Dated: November 20, 2013 By:__/s/ Ken Gano_______

Ken Gano, of
*Ken Gano,* attorney
303 6th Street
Chalreston, IL 61920-1558
217-345-6111
217-345-6112
KenGano@Consolidated.net

Case Information

Defendants

Service of Process Information

Serve the following by first class mail, Defendants Ocwen Loan Servicing and Wells Fargo Bank were served via Certified mail, return receipt requested:

Ocwen Loan Servicing
% Illinois Corporate Service
801 Adlai Stephenson Drive.
Springfield, IL 62703

William C. Erbey, President
Ocwen Mortgage Servicing, Inc.
C. T. Corporate Systems
208 S. LaSalle St., STE 814
Chicago, IL 60604

Wells Fargo Bank
John D. Baker, II, president
P. O. Box 63750
San Francisco, CA 94163

Option One
6501 Irvine Center Drive
Irvine, CA 92618
(mortgage claimant)

Christopher M. Brown
Dana N. O'Brien
Pierce and Associates
1 North Dearborn St., STE 1300
Chicago, IL 60602
(attorneys fees claimants)

Law Office of Ira T. Nevell
175 N. Franklin St., STE 201
Chicago, IL 60606
(State Court foreclosure attorneys)

OCWEN

Ocwen Loan Servicing, LLC
www.ocwen.com

NMLS #: 1852
NC Permit No. 3946
**CUSTOMER CARE CENTER 1-800-746-2936**
*Your call may be recorded for the coaching and development of our associates.*

**Account Statement**
**Account Number:** **7142041701**
**Account Statement Date:** **08/13/2013**
**Property Address:**
616 Edgar Ave
Mattoon IL 61938

CURR

Page 1

1MB 06296/006296/006665 0018 1 ACQKZA
STEPHANIE L YOUNG
RODNEY YOUNG
616 EDGAR AVE
MATTOON IL 61938-5430

## Special Notices

First Protector covers important gaps in your homeowner's policy that help keep your home safe. Visit www.OcwenFirstProtector.com or call 1-877-479-3947, 8am-8pm E.T. for more information.

## Account Information

| | |
|---|---|
| * Current Principal Balance: | 45,577.97 |
| Interest Rate: | 10.30000% |
| Next Payment Due Date: | 09/01/2013 |
| Interest Paid Year-To-Date: | 1,972.09 |
| Taxes Paid Year-To-Date: | .00 |
| Beginning Principal Balance: | 46,197.38 |
| Principal Reductions Year-To-Date: | 619.41 |

*This is the principal balance only, not the amount required to pay your account in full.

## Details of Amount Due

| | |
|---|---|
| Current Amount Due: | |
| Principal: | 127.09 |
| Interest: | 391.21 |
| Current Amount Due by 09/01/13: | 518.30 |
| Assessed Fees/Expense Outstanding: | |
| Prev-Prior Servicer Fees: | 2,381.66 |
| Total Fees/Expense Outstanding: | 2,381.66 |
| **Total Amount Due:** | **2,899.96** |

## Recent Account Activity

| Date | Description | Principal | Interest | Escrow | Optional | Late Charges | Fees/Other | Suspense | Total |
|---|---|---|---|---|---|---|---|---|---|
| 07/15/13 | Payment | 124.94 | 393.36 | | | | | | 520.00 |
| 07/15/13 | Prior Servicer Fees | | | | | | 1.70 | | |
| 08/08/13 | Payment | 126.01 | 392.29 | | | | | | 520.00 |
| 08/08/13 | Prior Servicer Fees | | | | | | 1.70 | | |
| 08/09/13 | Hazard Claim Deposit | | | | | | | 65,849.32 | 65,849.32 |

## Important Messages

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. To obtain information about your rights under the Fair Credit Reporting Act go to www.ftc.gov/credit.

If you are currently in bankruptcy or if you have filed for bankruptcy since obtaining this loan, please read the bankruptcy information provided on the back of this statement.

FOLD AND DETACH HERE

PLEASE DETACH AND RETURN BOTTOM PORTION WITH PAYMENT IN THE ENCLOSED ENVELOPE WITH ADDRESS VISIBLE.
PLEASE DO NOT SEND CORRESPONDENCE WITH YOUR PAYMENT. ALWAYS WRITE YOUR ACCOUNT NUMBER...

FOLD AND