UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STEPHANIE LOUISE YOUNG, | ) | |
| | ) | Chapter 13 |
| | ) | Case No. 06-91121 |
| Debtor. | ) | |
| | ) | |
| STEPHANIE YOUNG, | ) | Adv. No. 13-09041 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| OCWEN LOAN SERVICING, LLC, | ) | |
| WELLS FARGO BANK, N. A., AS TRUSTEE FOR | ) | |
| OPTION ONE MORTGAGE LOAN TRUST 1999-A, | ) | |
| ASSET BACK CERTIFICATES, SERIES 1999-A, | ) | |
| | ) | |
| Defendants, | ) | |

Motion to Compromise Controversy

Comes now the plaintiff, STEPAHNIE YOUNG, by her attorney, Ken Gano and moves this Honorable Court for leave to settle this case and in support states;

1. Plaintiff and defendant have reached a compromise resolution of all issues pending in this case.

2. This compromise is fair, equitable and takes into consideration both the strengths and weaknesses of the case, the costs of litigation and the uncertainty of any particular outcome.

3. The settlement documents contain a confidentiality clause. Plaintiff is seeking leave to file those settlement documents with restricted access.

4. Plaintiff's counsel has received consideration from the defendant.

5. Counsel for the plaintiff will file with this Honorable Court a full Satisfaction, with prejudice, with seven (7) days of receipt of remaining consideration and settlement documents.

Wherefore, the plaintiff prays that this Honorable Court grant leave, to file the settlement documents with restricted access after review of the settlement documents, for leave to file a separate Stipulation of Dismissal, for leave to to settle this case, order this case closed, with prejudice and for such other, further or different relief as the law and the facts require.

Stephanie Young, by

/s/ *Ken Gano,* her attorney
303 6th Street
Charleston, IL 61920-1558
217-345-6111
KenGano@Consolidated.net

I certify that a true copy of the foregoing was deposited in the U. S. Post, or delivered via the Court's electronic filing system on Friday, March 28, 2014 and address to;

Justin Forest Carter
1 E. Wacker Drive
Chicago, IL 60601
jcarter@morrislaing.com

____/s/ Ken Gano ____________________